UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GARY CREDDILLE,

            Plaintiff,

    -against-

THE MTA TRANSIT AUTHORITY;
CORE ENVIRONMENTAL CORP.,

            Defendants.
-------------------------------------------------------------x
GARY CREDDILLE,

            Plaintiff,

    -against-

THE MTA TRANSIT AUTHORITY;
CORE ENVIRONMENTAL CORP.,

            Defendants.
-------------------------------------------------------------x
GARY CREDDILLE,

            Plaintiff,

    -against-

THE MTA TRANSIT AUTHORITY;
CORE ENVIRONMENTAL CORP.,

            Defendants.
-------------------------------------------------------------x

ORDER

11-CV-5442 (SLT)(RLM)

11-CV-5443 (SLT)(RLM)

11-CV-5444 (SLT)(RLM)

ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:

    On November 3, 2011, plaintiff, proceeding *pro se*, filed these three complaints alleging violations under Title VII of the Civil Rights Action of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"). The complaints are hereby consolidated solely for the purpose of this order

and plaintiff's applications to proceed *in forma pauperis* under 28 U.S.C. § 1915 are granted. The United States Marshals Service is directed to serve the three complaints and summons upon the defendants without prepayment of fees.

**SO ORDERED.**

Dated:    Brooklyn, New York
           November 14, 2011

ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE